# EXHIBIT C

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER
WWW.RICONSUMERLAW.COM
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
ATTORNEYS & COUNSELORS AT LAW

September 29, 2006

**CERTIFIED MAIL-RETURN RECEIPT REQUESTED**

Ameriquest Mortgage Company
1600 S. Douglas Road
Anaheim, CA 92806

**Re: Notice of Rescission by Nancy A. Patrie**
**38 BayView Avenue, North Kingstown, RI 02852**
**Loan Number: 0087458147-5594 Closing Date: 07/28/2004**

To Whom It May Concern:

I represent Nancy A. Patrie concerning the mortgage loan transaction she entered into with Ameriquest Mortgage Corporation on July 28, 2004. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that she was given incomplete and therefore inaccurate notices of her right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Ameriquest Mortgage Corporation on her property located at 38 BayView Avenue, North Kingstown, RI 02852 is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Nancy A. Patrie**
**By her Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

cc: Nancy A. Patrie