A CERTIFIED TRUE COPY

DEC 2 1 2006

ATTEST DAJ
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
DECEMBER 29, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 5 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1715*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

07 C 132

JUDGE ASPEN

FILED
DEC 2 9 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-11)*

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 109 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ THELMA MURRY-SYKES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: FEBRUARY 2, 2007

# SCHEDULE CTO-11 - TAG-ALONG ACTIONS
## DOCKET NO. 1715
## IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | | | CASE CAPTION |
|---|---|---|---|
| **INDIANA NORTHERN** | | | |
| INN | 2 | 06-352 | Brenda J. Dumas, et al. v. Ameriquest Mortgage Co., et al. (07cv108) |
| **MASSACHUSETTS** | | | |
| MA | 1 | 06-11772 | Michael D. Correia, et al. v. Ameriquest Mortgage Co. (07cv109) |
| MA | 1 | 06-11776 | Andrea J. Macswain v. Ameriquest Mortgage Co. (07cv110) |
| MA | 1 | 06-11777 | Constance F. Whittall v. Ameriquest Mortgage Co. (07cv111) |
| MA | 1 | 06-11778 | Edward V. Giuditta v. Ameriquest Mortgage Co. (07cv112) |
| MA | 3 | 06-30174 | Gayle M. Anderholm v. Ameriquest Mortgage Co. (07cv113) |
| MA | 3 | 06-30175 | Andrew Szurley v. Ameriquest Mortgage Co. (07cv114) |
| **MARYLAND** | | | |
| MD | 1 | 06-2810 | Barbara Ann Becker v. JM Closing Services, Inc., et al. (07cv115) |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 06-14427 | Kimberly Sorah v. Deutsche Bank National Trust Co., et al. (07cv116) |
| **MICHIGAN WESTERN** | | | |
| MIW | 1 | 06-722 | Christopher King, et al. v. Ameriquest Mortgage Co., et al. (07cv117) |
| MIW | 5 | 06-156 | Thomas E. Campau, et al. v. Ameriquest Mortgage Co., et al. (07cv118) |
| MIW | 5 | 06-157 | Renza Heard, et al. v. Argent Mortgage Co., LLC, et al. (07cv119) |
| MIW | 5 | 06-158 | Patrick E. Lewis, et al. v. Ameriquest Mortgage Co., et al. (07cv120) |
| MIW | 5 | 06-163 | Douglas S. Conner, et al. v. Argent Mortgage Co., LLC, et al. (07cv121) |
| MIW | 5 | 06-165 | Nancy D. Hayden, et al. v. Ameriquest Mortgage Co., et al. (07cv122) |
| MIW | 5 | 06-166 | Brett M. Burris, et al. v. Ameriquest Mortgage Co., et al. (07cv123) |
| MIW | 5 | 06-170 | Christena Blain, et al. v. Argent Mortgage Co., LLC, et al. (07cv124) |
| MIW | 5 | 06-172 | Andrew Johnson, et al. v. Ameriquest Mortgage Co., et al. (07cv125) |
| MIW | 5 | 06-173 | Michael Igaz, et al. v. Ameriquest Mortgage Co., et al. (07cv126) |
| MIW | 5 | 06-174 | Yvette Williams, et al. v. Ameriquest Mortgage Co., et al. (07cv127) |
| MIW | 5 | 06-175 | Joel K. Orrison, et al. v. Argent Mortgage Co., LLC, et al. (07cv128) |
| **NEW YORK EASTERN** | | | |
| NYE | 1 | 06-5540 | Junior Terrance Black, et al. v. Ameriquest Mortgage Co. (07cv129) |
| **NEW YORK SOUTHERN** | | | |
| NYS | 1 | 06-8130 | Penelope Brissett, et al. v. Ameriquest Mortgage Co. (07cv130) |
| **RHODE ISLAND** | | | |
| RI | 1 | 06-388 T | Frank J. Regine, et al. v. Ameriquest Mortgage Co. (07cv131) |
| RI | 1 | 06-434 S | Nancy A. Patrie v. Ameriquest Mortgage Co. (07cv132) |
| RI | 1 | 06-480 ML | Carol A. Beaudoin v. Ameriquest Mortgage Co. (07cv133) |

| BKY. DIST. DIV. ADVY. # | | | CASE CAPTION |
|---|---|---|---|
| **MASSACHUSETTS** | | | |
| MA | 1 | 06-1401 | Isha P. Etienne v. Ameriquest Mortgage Co. (07cv134) |
| **RHODE ISLAND** | | | |
| RI | 1 | 06-1092 | Edward Simmons v. AMC Mortgage Services, Inc. (07cv135) |
| RI | 1 | 06-1093 | Linda Pacheco v. AMC Mortgage Services, Inc. (07cv136) |